# Exhibit A

| BP-A0148 | INMATE REQUEST TO STAFF CDFRM | |
|---|---|---|
| JUNE 10 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| TO: (Name and Title of Staff Member) A. Hester - CSW | DATE: 11/1/2023 |
|---|---|
| FROM: R.A Williamson | REGISTER NO.: 23534-057 |
| WORK ASSIGNMENT: | UNIT: Cadre B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

My North Carolina prior convictions and my instant offense no longer qualify for enhancement purposes; according to the serious drug offense requirement defined in the First Step Act Law of 2018.

Can you grant me compassinate release or sentence reduction for those reasons? Thank you

(Do not write below this line)

DISPOSITION:

After review, you will have to petition your sentencing court for consideration for a compassionate release and/or sentence reduction. your request is denied by Unit team at this time. Attached you will find the packet you will need to fill out and submit to your sentencing court

Signature Staff Member: A. Hester
Date: 11.2.2023

Record Copy - File; Copy - Inmate
PDF
Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy Folder

**SECTION 6**