# Exhibit B

1 copies of my return receipt with me, but I can get them, to

2 where I did try to speak to him.

3 THE COURT: Whatever you could raise in that motion,

4 you can also raise in your appeal. I mean, the fact that that

5 wasn't filed really is not of moment to what we're doing here

6 today.

7 With regard to the two things that the CI was quoted

8 as saying, or both CIs were quoted as saying, I may be wrong,

9 but it's my understanding, that under the law that applies to

10 your sentencing, that because of the two informations of prior

11 conviction that were filed in your case, any jury verdict that

12 found that you possessed 5 kilograms of cocaine or more with the

13 intent to distribute, would automatically put you in a life

14 imprisonment situation.

15 Am I wrong about that, Ms. Hairston?

16 MS. HAIRSTON: No, sir, you are not wrong.

17 THE COURT: Do you agree with that, Ms. Thompson?

18 THE PROBATION OFFICER: Yes, sir, I do.

19 THE COURT: Any of that other stuff, really, it

20 doesn't matter. You go into that automatic life. I can't

21 increase the penalty above life and I can't decrease it below

22 life, even if I removed what the confidential informant said.

23 THE DEFENDANT: Yes, sir.

24 THE COURT: Even if we decided you were not a career

25 offender or even if we decided that you were not a leader or