# Exhibit C


Summary Reentry Plan - Progress Report  
Dept. of Justice / Federal Bureau of Prisons  
Other -   Report for inmate: WILLIAMSON, RODNEY ANTON   23534-057

SEQUENCE: 00431574  
Report Date: 02-13-2024

| | | | |
|---|---|---|---|
| Facility: | BUH BUTNER FMC | Custody Level: | IN |
| Name: | WILLIAMSON, RODNEY | Security Level: | LOW |
| Register No.: | 23534-057 | Proj. Rel Date: | 12-27-2031 |
| Quarters: | W08-257U | Release Method: | FIRST STEP |
| Age: | 49 | DNA Status: | LEE02164 / 03-03-2011 |
| Date of Birth: | 05-07-1974 | | |

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:846 CONSPIRACY DISTRIBUTED COCAINE HYDROCHLORIDE | 360 MONTHS |

Date Sentence Computation Began: 12-07-2007  
Sentencing District: NORTH CAROLINA, MIDDLE DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit   - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 864 | Years: 16 Months: 8 Days: | + 186   JC   - 0   InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate Williamson arrived at BUH on 4/18/2023 as a Nearer Release Transfer. Since his arrival he has demonstrated positive institutional adjustment and is considered a role model for the younger and/or less mature inmates in the housing unit. He is generally respectful towards staff and compliant with institution rules and regulations.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 04-19-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 10-05-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 10-02-2023 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 10-02-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 10-02-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 10-02-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-02-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 10-02-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-02-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 10-02-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-02-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-02-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-02-2023 |
| N-WORK N | NEED - WORK NO | 10-02-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-02-2023 |

## FSA Comments

Inmate Williamson is Eligible to receive the FTC credits and at this time his risk recidivism level is a LOW. He has earned 365 FTC credits towards release in which changed his release date to 12/27/2031. He has earned 520 FTC credits towards RRC/HC. He has needs in the following: Substance Abuse, Cognitions and Antisocial Peers. He has been encouraged to complete courses offered to suffice those areas.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUH | MED ADMIN | MEDICAL ADMIN ORDERLY | 02-08-2024 |
| BUH | MH ORD 1E | MH SECLUSION ORDERLY | 05-16-2023 |
| BUH | ORD SUICID | SUICIDE WATCH ORDERLY | 08-31-2023 |



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Other -    Report for inmate: WILLIAMSON, RODNEY ANTON   23534-057

SEQUENCE: 00431574
Report Date: 02-13-2024

## Work Assignment Summary

Inmate Williamson is currently assigned to (3) work details-Suicide Watch, MH Seclusion and Medical Admin Orderly work details where he works approximately 30 hours per week. All work reports indicate that he is a good worker who needs little supervision. He is a self-starter and does his job with excellence. He has held multiple jobs in different areas of the institution since incarceration.

## Current Education Information

| Facl | Assignment | Description | Start |
|------|------------|-------------|-------|
| BUH | ESL HAS | ENGLISH PROFICIENT | 04-22-2008 |
| BUH | GED EARNED | GED EARNED IN BOP | 07-14-2010 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| BUH | | RESTAURANT MANAGEMENT | 12-27-2023 | CURRENT |
| BUH CAD | C | FINANCIAL MANAGMENT RPP 3 | 10-17-2023 | 01-29-2024 |
| BUH CAD | C | REAL ESTATE | 09-25-2023 | 12-19-2023 |
| BUH CAD | C | S-SERVSAFE FOOD HANDLER CERT | 05-10-2023 | 07-05-2023 |
| ASH | W | V-HVAC | 07-16-2021 | 09-13-2022 |
| ASH | W | HVAC PM 12:00PM-3:45PM | 07-16-2021 | 09-13-2022 |
| ASH | C | HIGH SCHOOL GRAMMAR | 07-18-2022 | 08-25-2022 |
| ASH | C | CONSUMER FINANCE | 06-07-2022 | 08-25-2022 |
| ASH | C | HIGH SCHOOL MATH REFRESHER | 10-25-2021 | 02-10-2022 |
| ASH | C | A&O WELLNESS AT RISK | 05-07-2018 | 05-18-2018 |
| ASH | C | KEYBOARDING IN VOC. TRAINING | 01-23-2018 | 05-15-2018 |
| ASH | C | HEALTH FAIR | 06-28-2017 | 07-18-2017 |
| BEN | C | 2 HR ANNUAL HEALTH FAIR-RPP#1 | 04-28-2017 | 04-28-2017 |
| BEN | C | REC/RPP#6 CROCHET CLASS | 02-11-2017 | 03-26-2017 |
| BEN | C | PARENTING CLASS IN ENGLISH | 11-01-2016 | 12-27-2016 |
| BEN | C | QTRLY MEN'S HEALTH SEM/3-RPP#1 | 08-04-2016 | 08-04-2016 |
| BEN | C | PRVNT INJURIES-2 HRS/MTH-RPP#1 | 06-16-2016 | 06-16-2016 |
| LEE | C | CRIMINAL THINKING PROCESSES | 10-22-2015 | 12-03-2015 |
| LEE | C | RPP6 PSYCH SELF STUDY | 05-14-2015 | 05-14-2015 |
| LEE | C | RPP6 PSYCH SELF STUDY | 04-30-2015 | 04-30-2015 |
| LEE | C | RPP6 PSYCH SELF STUDY | 01-08-2014 | 03-06-2014 |
| LEE | C | RPP6 PSYCH SELF STUDY | 12-17-2013 | 12-19-2013 |
| LEE | C | AXIOLOGY - STUDY OF ETHICS | 09-10-2010 | 11-10-2010 |
| LEE | C | GED/ LITERACY 0930-01130 M-F | 04-22-2009 | 07-14-2010 |
| LEE | C | AXIOLOGY - STUDY OF ETHICS | 10-01-2009 | 12-31-2009 |
| LEE | C | AXIOLOGY - STUDY OF ETHICS | 04-02-2009 | 06-23-2009 |
| LEE | W | GED 1230-230 M-F | 04-13-2009 | 04-27-2009 |

## Education Information Summary

Inmate Williamson earned his GED while in BOP custody in 7/2010. He has since been recommended to complete continuing education courses, participate in FSA classes and the Drug Education Program, in which he has followed the programming recommendations of his unit team.

## Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 07-20-2023 | 329 : DESTROY PROP $100 OR LESS |
| 11-03-2009 | 305 : POSSESSING UNAUTHORIZED ITEM |

## Discipline Summary

Inmate Williamson has (2) noted disciplinary incident reports on file. He has not been viewed a management issue or concern.

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|------------|--------|-------|------|
| BUH CAD M | A-DES | TRANSFER RECEIVED | 04-18-2023 | CURRENT |
| ASH | A-DES | OTHER AUTH ABSENCE RETURN | 08-18-2022 | 04-06-2023 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Other - Report for inmate: WILLIAMSON, RODNEY ANTON 23534-057

SEQUENCE: 00431574
Report Date: 02-13-2024

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ASH | A-DES | TRANSFER RECEIVED | 06-21-2017 | 08-18-2022 |
| BEN | A-DES | TRANSFER RECEIVED | 05-05-2016 | 06-02-2017 |
| LEE | A-DES | WRIT RETURN | 11-01-2011 | 04-26-2016 |
| LEE | A-DES | US DISTRICT COURT COMMITMENT | 03-04-2008 | 09-20-2011 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-05-2016 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-27-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 12-07-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 05-05-2016 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 05-05-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-20-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| RP1 UNQUAL | RESOLVE PHASE ONE UNQUALIFIED | 04-19-2021 |
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 04-19-2021 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP SCREEN | DRUG ABUSE PROGRAM SCREENING | 01-10-2023 |
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 03-29-2008 |
| ED DECL V | DRUG EDUCATION DECLINE-VOL | 08-24-2009 |
| NR WAIT | NRES DRUG TMT WAITING | 05-18-2023 |

### Physical and Mental Health Summary

Inmate Williamson is a care level one inmate who has no medical restrictions. He has no medical conditions which would prevent him from obtaining employment upon release from custody.

### FRP Payment Plan

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 06-12-2009 |
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

Inmate Williamson is Complete with his court ordered financial obligation. He is strongly encouraged to save money for release needs.

### Release Planning

Inmate Williamson was sentenced in the Middle District of North Carolina and he wishes to return to sentencing district once released from custody.

### General Comments

Inmate Williamson is a hard-working inmate who is eager to return to his community to make himself a productive citizen.

REG NO..: `23534-057` NAME....: WILLIAMSON, RODNEY ANTON
CATEGORY: `PTO`   FUNCTION: `DIS`   FORMAT: `      `

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| BUH | CR TH WAIT | CRIMINAL THINKING WAIT | 03-12-2020 1324 | CURRENT |
| BUH | OCP EDU W | OCCUPATIONAL EDUC WAITLIST | 05-19-2023 1134 | CURRENT |
| BUH | MON SM G C | MONEY SMART GENERAL POP COMP | 02-19-2024 1322 | 02-19-2024 132? |
| BUH | MON SM G P | MONEY SMART GENERAL POP PART | 09-14-2023 1007 | 02-19-2024 132? |
| BUH | MON SM G W | MONEY SMART GENERAL POP WAIT | 06-18-2020 0951 | 09-14-2023 100? |
| ASH | MON SMRT W | MONEY SMART OLDER ADULTS WAIT | 05-04-2020 1540 | 06-18-2020 095? |

G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

REG NO..: 23534-057 NAME....: WILLIAMSON, RODNEY ANTON
CATEGORY: PTP       FUNCTION: DIS       FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| BUH | RP1 UNQUAL | RESOLVE PHASE ONE UNQUALIFIED | 04-19-2021 0826 | CURRENT |
| BUH | RSW COMP   | RESOLVE WORKSHOP COMPLETED    | 04-19-2021 0819 | CURRENT |
| ASH | RSW PART   | RESOLVE WORKSHOP PARTICIPANT  | 03-18-2021 1409 | 04-19-2021 0819 |
| ASH | RSW WAIT   | RESOLVE WORKSHOP WAITING      | 08-07-2020 0820 | 03-18-2021 1409 |

G0005           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
BUHYV    531.01 *              INMATE HISTORY              *    02-26-2024
PAGE 001 OF 001 *                  WASPB                   *    14:22:22


REG NO..: 23534-057 NAME....: WILLIAMSON, RODNEY ANTON
CATEGORY: WSP       FUNCTION: DIS        FORMAT:


FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
BUH   GR BCSW    GR BASIC COGNITIVE SKILLS WAIT 03-12-2020 1332 CURRENT
ASH   PAR ONEW   PHASE ONE WAIT                 05-04-2020 1541 10-05-2021 1434




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



# ALL SYSTEMS RESTORED
HVAC & Electrical, LLC

Mechanical #21971
Electrical #21941-U

381 McGill Ave NW
Concord, NC 28027
O. 704.960.4207
2832-G Randleman Rd
Greensboro, NC 27406
O. 336.441.8550
office@allsystemsrestored.com
MBE, HUB, SBE

February 22, 2024

Offer Letter for: Rodney Williamson

Dear Mr. Williamson,

All Systems Restored HVAC & Electrical LLC has carefully reviewed your experience and is pleased to offer you a position based on the needs of the business, your experience, and the competitive wages for the Greensboro market area.

All Systems Restored HVAC & Electrical LLC is offering you a full-time position as an **HVAC Installation Technician** reporting to Brian Askew upon your immediate release from the FMC Butner. It is All Systems Restored HVAC & Electricals' expectation that you report to the main office located at 2832-G Randleman Rd, Greensboro, NC 27406 within 3 to 5 business days from your release to complete your new hire orientation.

Expected scheduled hours of work will be as follows: Monday through Friday 7:00am- 4:00pm. You will be paid on a weekly basis on a Friday. Your first paycheck disbursement will commence the week after you begin employment.

All employees are required to have a direct deposit. If you need assistance with getting direct deposit set up, please contact the office at 336-441-8550.

As part of your compensation package, the following benefits are offered after 90 days of employment:
- Health Insurance benefits
- Paid holidays
- Company paid $15k life insurance
- Option to purchase additional life insurance
- PTO based on hours accrued
- Vision & Dental coverage
- Optional Short-term & long-term disability coverage
- Access to the Employee Assistance Program

All Systems Restored HVAC & Electrical LLC welcomes you to the team and we look forward to your continued success with the company. If you have any questions, please feel free to contact the office.

ASR is delighted to provide you with this offer of employment to be approved and signed by you to start employment. This offer of employment may be withdrawn if not accepted within 14 days.

Respectfully Submitted,

Kelvin L. Currie
CEO

Date accepted: _____

Signature: _____

Visit our website at: http://allsystemsrestored.com/