# Pre-Sentencing Report Affidavit

# AFFIDAVIT

I affiant **Rodney A. Williamson**, with federal register no. **23534-057**, currently under federal custody at: **FMC-Butner, P.O. Box 1600, Butner, NC 27509**, in support of my motion for **Compassionate Release** submitted with this Court will state as follows:

1). That between May of 1999-2007, I took prescription pills that were not prescribed to me for my back pain. I suffered from a motorcycle accident. In 2007 I did not consider myself a drug user, but after coming to prison and being without the pain pills, is when I realize my addiction to the pain pills.

**OATH:**

I affiant **Rodney A. Williamson**, do by declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge and abilty, persuant to **28 U.S.C. § 1746**, by a prisoner under federal custody.

EXECUTED ON THIS 6th DAY OF March, 2024.

_____
Rodney A. Williamson