```
 BUHID            *          PUBLIC INFORMATION              *      03-22-2024
PAGE 001          *              INMATE DATA                 *      12:36:48
                             AS OF 03-22-2024

REGNO..: 23534-057 NAME: WILLIAMSON, RODNEY ANTON

                   RESP OF: BUH
                   PHONE..: 919-575-3900    FAX: 919-575-4801
                                            RACE/SEX...: BLACK / MALE
                                            AGE:  49
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 12-26-2032                     PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23534-057 NAME: WILLIAMSON, RODNEY ANTON

                  RESP OF: BUH
                  PHONE..: 919-575-3900    FAX: 919-575-4801
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-27-2031

FINAL STATUTORY RELEASE FOR INMATE.: 12-26-2032 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 12-27-2031 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: NORTH CAROLINA, MIDDLE DISTRICT
DOCKET NUMBER...................: 1:06CR474-1
JUDGE...........................: TILLEY, JR.
DATE SENTENCED/PROBATION IMPOSED: 12-07-2007
DATE COMMITTED..................: 03-04-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSPIRACY DISTRIBUTED COCAINE HYDROCHLORIDE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 TERM OF SUPERVISION............:    10 MONTHS
 NEW SENTENCE IMPOSED...........:   360 MONTHS
 BASIS FOR CHANGE...............: EXECUTIVE CLEMENCY TERM
 DATE OF OFFENSE................: 12-18-2006




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23534-057 NAME: WILLIAMSON, RODNEY ANTON

                    RESP OF: BUH
                    PHONE..: 919-575-3900   FAX: 919-575-4801
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-22-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-18-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 12-07-2007
TOTAL TERM IN EFFECT............:    360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    30 YEARS
EARLIEST DATE OF OFFENSE........: 12-18-2006

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     06-04-2007    12-06-2007

TOTAL PRIOR CREDIT TIME.........: 186
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1620
TOTAL GCT EARNED................: 864
STATUTORY RELEASE DATE PROJECTED: 12-26-2032
ELDERLY OFFENDER TWO THIRDS DATE: 06-04-2027
EXPIRATION FULL TERM DATE.......: 06-03-2037
TIME SERVED.....................:       16 YEARS      9 MONTHS     19 DAYS
PERCENTAGE OF FULL TERM SERVED..:  56.0
PERCENT OF STATUTORY TERM SERVED:  65.7

PROJECTED SATISFACTION DATE.....: 12-27-2031
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```