```
REGISTER NO: 23534-057 NAME..: WILLIAMSON, RODNEY ANTON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 03-22-2024
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3798967 - SANCTIONED INCIDENT DATE/TIME: 07-17-2023 1252
UDC HEARING DATE/TIME: 07-20-2023 1534
FACL/UDC/CHAIRPERSON.: BUH/CADRE TWO/R LLOYD
REPORT REMARKS.......: LOSS OF VISIT 30 DAYS TO BEGIN 7/24/23 AND END ON 8/23/2
                       4
   329   DESTROY PROP $100 OR LESS - FREQ: 1
         LP V VISIT / 30 DAYS / CS
                 FROM: 07-24-2023  THRU: 08-22-2023
         COMP:     LAW:    LOSS OF VISIT 30 DAYS TO BEGIN 7/24/23 AND END 8/2
                           3/24
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1938403 - SANCTIONED INCIDENT DATE/TIME: 11-02-2009 1128
UDC HEARING DATE/TIME: 11-03-2009 0921
FACL/UDC/CHAIRPERSON.: LEE/F/D WILLIS
REPORT REMARKS.......: " NO COMMENT"
   305   POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:     LAW:    PENDING 180 DAYS CLEAR CONDUCT




         G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```