```
 BUHID            *          INMATE EDUCATION DATA        *      03-22-2024
 PAGE 001         *               TRANSCRIPT              *      12:38:48

 REGISTER NO: 23534-057    NAME..: WILLIAMSON                   FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: BUH-BUTNER FMC

 --------------------------  EDUCATION INFORMATION  --------------------------
 FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
 BUH  ESL HAS    ENGLISH PROFICIENT             04-22-2008 0839 CURRENT
 BUH  GED EARNED GED EARNED IN BOP              07-14-2010 0939 CURRENT

 ---------------------------  EDUCATION COURSES  ----------------------------
 SUB-FACL    DESCRIPTION                START DATE   STOP DATE  EVNT AC LV  HRS
 BUH CAD M   RESTAURANT MANAGEMENT      12-27-2023 03-15-2024    P   C  P    8
 BUH CAD M   FINANCIAL MANAGMENT RPP 3  10-17-2023 01-29-2024    P   C  P   16
 BUH CAD M   REAL ESTATE                09-25-2023 12-19-2023    P   C  P   16
 BUH CAD M   S-SERVSAFE FOOD HANDLER CERT 05-10-2023 07-05-2023  P   C  P    4
 ASH         V-HVAC                     07-16-2021 09-13-2022    P   W  I  110
 ASH         HVAC PM  12:00PM-3:45PM    07-16-2021 09-13-2022    C   W  I    0
 ASH         HIGH SCHOOL GRAMMAR REFRESHER 07-18-2022 08-25-2022 P   C  P   16
 ASH         CONSUMER FINANCE           06-07-2022 08-25-2022    P   C  P   16
 ASH         HIGH SCHOOL MATH REFRESHER 10-25-2021 02-10-2022    P   C  P   16
 ASH         A&O WELLNESS AT RISK       05-07-2018 05-18-2018    P   C  P    1
 ASH         KEYBOARDING IN VOC. TRAINING 01-23-2018 05-15-2018  P   C  P   24
 ASH         HEALTH FAIR                06-28-2017 07-18-2017    P   C  P    2
 BEN         2 HR ANNUAL HEALTH FAIR-RPP#1 04-28-2017 04-28-2017 P   C  P    2
 BEN         REC/RPP#6 CROCHET CLASS    02-11-2017 03-26-2017    P   C  P   20
 BEN         PARENTING CLASS IN ENGLISH 11-01-2016 12-27-2016    P   C  P   12
 BEN         QTRLY MEN'S HEALTH SEM/3-RPP#1 08-04-2016 08-04-2016 P  C  P    2
 BEN         PRVNT INJURIES-2 HRS/MTH-RPP#1 06-16-2016 06-16-2016 P  C  P    2
 LEE         CRIMINAL THINKING PROCESSES 10-22-2015 12-03-2015   P   C  P    6
 LEE         RPP6 PSYCH SELF STUDY      05-14-2015 05-14-2015    P   C  P    2
 LEE         RPP6 PSYCH SELF STUDY      04-30-2015 04-30-2015    P   C  P    2
 LEE         RPP6 PSYCH SELF STUDY      01-08-2014 03-06-2014    P   C  P   65
 LEE         RPP6 PSYCH SELF STUDY      12-17-2013 12-19-2013    P   C  P   24
 LEE         AXIOLOGY - STUDY OF ETHICS 09-10-2010 11-10-2010    P   C  P   10
 LEE         GED/ LITERACY 0930-01130 M-F 04-22-2009 07-14-2010  P   C  P  232
 LEE         AXIOLOGY - STUDY OF ETHICS 10-01-2009 12-31-2009    P   C  P   10
 LEE         AXIOLOGY - STUDY OF ETHICS 04-02-2009 06-23-2009    P   C  P   10
 LEE         GED 1230-230 M-F           04-13-2009 04-27-2009    C   W  I    0

 ---------------------------  HIGH TEST SCORES  ----------------------------
 TEST         SUBTEST       SCORE     TEST DATE    TEST FACL    FORM     STATE
 GED          AVERAGE       486.0     06-21-2010   LEE          PASS     VA
              LIT/ARTS      530.0     06-21-2010   LEE          IB       VA
              MATH          420.0     06-21-2010   LEE          IB       VA
              SCIENCE       510.0     06-21-2010   LEE          IB       VA
              SOC STUDY     530.0     06-21-2010   LEE          IB       VA
              WRITING       440.0     06-21-2010   LEE          IB       VA
 GED PRAC     LIT/ARTS      630.0     01-14-2010   LEE          PC
              MATH          510.0     01-14-2010   LEE          PC
              SCIENCE       450.0     01-14-2010   LEE          PC
              SOC STUDY     550.0     01-14-2010   LEE          PC

 G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 23534-057    NAME..: WILLIAMSON                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BUH-BUTNER FMC

---------------------------- HIGH TEST SCORES ----------------------------
TEST            SUBTEST        SCORE    TEST DATE     TEST FACL    FORM       STATE
GED PRAC        WRITING        460.0    01-14-2010    LEE          PC
TABE A          READING         12.9    04-10-2009    LEE          A9
TABE D          LANGUAGE         9.7    04-10-2009    LEE          D9
                MATH APPL       10.1    04-10-2009    LEE          D9
                MATH COMP        4.4    04-10-2009    LEE          D9




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```