```
BUHID   535.03 *           INMATE PROFILE              *      03-22-2024
PAGE 001                                                       12:37:21
             23534-057            REG
REGNO: 23534-057                  FUNCTION: PRT  DOB/AGE.:           / 49
NAME.: WILLIAMSON, RODNEY ANTON                 R/S/ETH.: B/M/O    WALSH: NO
RSP..: BUH-BUTNER FMC                           MILEAGE.: 57 MILES
PHONE: 919-575-3900     FAX: 919-575-4801
 PROJ REL METHOD: FIRST STEP ACT RELEASE        FBI NO..:
 PROJ REL DATE..: 12-27-2031                    INS NO..: N/A
 HOME DETN ELIG.: 06-27-2031                    SSN.....:
 FSA COND REL DT: 12-27-2031     PSYCH: NO      DETAINER: NO       CMC..: YES
OFFN/CHG RMKS: 1:06CR474-1 CONSPIRACY: DISTRIBUTED COCAINE HYDROCHLORIDE
OFFN/CHG RMKS: LIFE CBOP / 10 YRS SRT
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    BUH  ADM-REL     A-DES     DESIGNATED, AT ASSIGNED FACIL 04-18-2023 1055
    BUH  CARE LEVEL  CARE1     HEALTHY OR SIMPLE CHRONIC CARE 05-05-2016 1128
    BUH  CARE LEVEL  CARE1-MH  CARE1-MENTAL HEALTH           12-27-2010 1433
    BUH  COR COUNSL  CADRE 2                                 04-18-2023 1055
    BUH  CASE MGT    BIR CERT N BIRTH CERTIFICATE - NO       06-20-2018 0835
    BUH  CASE MGT    CV-HC DENY COVID HOME CONFINEMENT DENIAL 05-10-2023 1159
    BUH  CASE MGT    DEPEND Y   DEPENDENTS UNDER 21 - YES    06-20-2018 0835
    BUH  CASE MGT    DRVE LIC N DRIVERS LICENSE - NO         04-19-2023 0953
    BUH  CASE MGT    PHOTO ID N PHOTO ID - NO                06-20-2018 0835
    BUH  CASE MGT    RPP NEEDS  RELEASE PREP PGM NEEDS       04-22-2023 1314
    BUH  CASE MGT    SSN CARD N SOCIAL SECURITY CARD - NO    06-20-2018 0835
    BUH  CASE MGT    VET P/S N  PARENT/SPOUSE VETERAN - NO   06-20-2018 0835
    BUH  CASE MGT    VETERAN N  VETERAN - NO                 06-20-2018 0835
    BUH  CASE MGT    V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 03-29-2008 1049
    BUH  CASE MGT    WA NO HIST NO WALSH ACT OFFENSE HISTORY 01-25-2008 1429
    BUH  CASEWORKER  CADRE 2                                 04-18-2023 1055
    BUH  CUSTODY     IN         IN CUSTODY                   01-25-2008 0804
    BUH  DRUG PGMS   DAP UNQUAL RESIDENT DRUG TRMT UNQUALIFIED 02-16-2024 1020
    BUH  DRUG PGMS   DRG I NONE NO DRUG INTERVIEW REQUIRED   03-29-2008 1050
    BUH  DRUG PGMS   ED DECL V  DRUG EDUCATION DECLINE-VOL   08-24-2009 1540
    BUH  DRUG PGMS   NR WAIT    NRES DRUG TMT WAITING        05-18-2023 0802
    BUH  DESIG/SENT  CHARLIE    TEAM CHARLIE                 01-25-2008 0905
    BUH  EDUC INFO   ESL HAS    ENGLISH PROFICIENT           04-22-2008 0839
    BUH  EDUC INFO   GED EARNED GED EARNED IN BOP            07-14-2010 0939
    BUH  FIN RESP    COMPLT     FINANC RESP-COMPLETED        06-12-2009 1647
    BUH  FIRST STEP  AWARD      EBRR INCENTIVE AWARD         04-19-2023 0944
    BUH  FIRST STEP  FTC ELIG   FTC-ELIGIBLE - REVIEWED      10-05-2021 1349
    BUH  FIRST STEP  N-ANGER N  NEED - ANGER/HOSTILITY NO    03-13-2024 1502
    BUH  FIRST STEP  N-ANTISO Y NEED - ANTISOCIAL PEERS YES  03-13-2024 1502
    BUH  FIRST STEP  N-COGNTV Y NEED - COGNITIONS YES        03-13-2024 1502
    BUH  FIRST STEP  N-DYSLEX N NEED - DYSLEXIA NO           05-28-2021 1728
    BUH  FIRST STEP  N-EDUC N   NEED - EDUCATION NO          03-13-2024 1502
    BUH  FIRST STEP  N-FIN PV N NEED - FINANCE/POVERTY NO    03-13-2024 1502
    BUH  FIRST STEP  N-FM/PAR N NEED - FAMILY/PARENTING NO   03-13-2024 1502
    BUH  FIRST STEP  N-M HLTH N NEED - MENTAL HEALTH NO      03-13-2024 1502
    BUH  FIRST STEP  N-MEDICL N NEED - MEDICAL NO            03-13-2024 1502
    BUH  FIRST STEP  N-RLF N    NEED - REC/LEISURE/FITNESS NO 03-13-2024 1502
    BUH  FIRST STEP  N-SUB AB Y NEED - SUBSTANCE ABUSE YES   03-13-2024 1502
    BUH  FIRST STEP  N-TRAUMA N NEED - TRAUMA NO             03-13-2024 1502

    G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 23534-057                     FUNCTION: PRT  DOB/AGE.:          / 49
NAME.: WILLIAMSON, RODNEY ANTON                R/S/ETH.: B/M/O   WALSH: NO
RSP..: BUH-BUTNER FMC                          MILEAGE.: 57 MILES
PHONE: 919-575-3900      FAX: 919-575-4801
```

| FACL | CATEGORY    |            | CURRENT ASSIGNMENT            | EFF DATE   | TIME |
|------|-------------|------------|-------------------------------|------------|------|
| BUH  | FIRST STEP  | N-WORK N   | NEED - WORK NO                | 03-13-2024 | 1502 |
| BUH  | FIRST STEP  | R-LW       | LOW RISK RECIDIVISM LEVEL     | 03-13-2024 | 1502 |
| BUH  | LEVEL       | LOW        | SECURITY CLASSIFICATION LOW   | 04-26-2017 | 1038 |
| BUH  | MED DY ST   | C19-RCVRD  | COVID-19 RECOVERED            | 12-07-2020 | 1025 |
| BUH  | MED DY ST   | NO PAPER   | NO PAPER MEDICAL RECORD       | 05-05-2016 | 1143 |
| BUH  | MED DY ST   | REG DUTY   | NO MEDICAL RESTR--REGULAR DUTY| 05-05-2016 | 1132 |
| BUH  | MED DY ST   | YES F/S    | CLEARED FOR FOOD SERVICE      | 07-20-2017 | 1033 |
| BUH  | PGM REVIEW  | SEP        | SEPTEMBER PROGRAM REVIEW      | 09-09-2024 | 1044 |
| BUH  | PT OTHER    | CR TH WAIT | CRIMINAL THINKING WAIT        | 03-12-2020 | 1324 |
| BUH  | PT OTHER    | OCP EDU W  | OCCUPATIONAL EDUC WAITLIST    | 05-19-2023 | 1134 |
| BUH  | PSYCH TRMT  | RP1 UNQUAL | RESOLVE PHASE ONE UNQUALIFIED | 04-19-2021 | 0826 |
| BUH  | PSYCH TRMT  | RSW COMP   | RESOLVE WORKSHOP COMPLETED    | 04-19-2021 | 0819 |
| BUH  | QUARTERS    | W08-257U   | HOUSE W/RANGE 08/BED 257U     | 07-25-2023 | 1338 |
| BUH  | RELIGION    | RASTA      | RASTAFARIAN                   | 07-19-2020 | 1231 |
| BUH  | UNIT MGR    | CADRE TWO  | ███████████████               | 04-18-2023 | 1055 |
| BUH  | UNIT        | 3 CADRE    | UNIT 3 - CADRE                | 10-17-2023 | 1416 |
| BUH  | WRK DETAIL  | MED ADMIN  | MEDICAL ADMIN ORDERLY         | 02-08-2024 | 2226 |
| BUH  | WRK DETAIL  | MH ORD 1E  | MH SECLUSION ORDERLY          | 05-16-2023 | 0932 |
| BUH  | WRK DETAIL  | ORD SUICID | SUICIDE WATCH ORDERLY         | 08-31-2023 | 1221 |
| BUH  | WASPB       | GR BCSW    | GR BASIC COGNITIVE SKILLS WAIT| 03-12-2020 | 1332 |

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```